**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALFREDO RAVELO | ) | Case No.: 23-cv-3231 (VEC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FCA US, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### REVISED CASE MANAGEMENT ORDER

AND NOW, upon consent of all counsel and parties, and for good cause shown, the Court hereby issues the following revised case management schedule:

1) Fact Discovery end date:              January 24, 2024

2) Plaintiff's Expert Reports due:       February 16, 2024

3) Defendant's Expert Reports due:       March 15, 2024

4) Expert Discovery Deadline:            April 30, 2024

> The post-fact discovery status conference is adjourned to **Friday, February 2, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' pre-conference submissions, as described at Dkt. 20, are due on **January 24, 2024**. No further extensions will be granted absent extraordinarily good cause in light of the lengthy extension.
>
> The parties are reminded that, at any time, they may jointly request a referral to the assigned Magistrate Judge or the Court-annexed mediation program for a settlement conference.

SO ORDERED:

_____      10/19/2023
Honorable Valerie E. Caproni, USDJ