USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ALFREDO RAVELO,                              :
                                             :
                                             :
                           Plaintiff,        :           23-CV-3231 (VEC)
                                             :
            -against-                        :           ORDER
                                             :
FCA US LLC,                                  :
                                             :
                                             :
                                             :
                           Defendant.        :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 16, 2024 (Dkt. 29), the parties notified the Court that they have
reached an agreement in principle resolving all issues;

IT IS HEREBY ORDERED THAT all previously scheduled conferences and other
deadlines are CANCELLED.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without
costs (including attorneys' fees) to either party.  The Clerk of Court is respectfully directed to
terminate all open motions and to CLOSE the case.

Within **30 days** of this order, the parties may apply to reopen this case.  Any such
application must show good cause for holding the case open in light of the parties' settlement
and must be filed within **30 days**.  Any request filed after 30 days or without a showing of good
cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their
settlement agreement, they must submit **within the same 30-day period**:  (1) their settlement
agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a

request that the Court issue an order expressly retaining jurisdiction to enforce the settlement

agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

**Date:  January 17, 2024**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**